# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 5:21-CR-63-MTT |
| | : | |
| v. | : | |
| | : | |
| ARMARD DAVIS, | : | |
| | : | |
| **Defendant** | : | |
| | : | |

## ORDER TO DISMISS

Before the Court is the United States' motion to dismiss the above-styled Indictment as to Defendant Armard Davis pursuant to Federal Rule of Criminal Procedure 48(a) due to the acceptance of a global plea agreement in Middle District of Georgia Case No. 5:21-CR-3-TES. The Court finds it is in the interest of justice to grant the United States' request.

Accordingly, the Court GRANTS the United States' Motion to Dismiss Indictment, and hereby ORDERS that the pending Indictment against Defendant Armard Davis be DISMISSED without prejudice.

**SO ORDERED**, this 11th day of May, 2023.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT